UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRIS RAY VAN WORMER,

      Plaintiff,

v.                                        Case No. 1:12-cv-863
                                       Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____/

**ORDER OF DISMISSAL**

Plaintiff brings this *pro se* action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of the Social Security Administration. On December 11, 2012, the court directed the parties to file briefs in support of their respective positions, plaintiff by January 15, 2013, and defendant by February 19, 2013. Plaintiff failed to file a brief. Pursuant to W.D. Mich. LCivR 41.1, the court ordered plaintiff to show cause by March 19, 2013, as to why this case should not be dismissed for her failure to file a brief in violation of the court's order and her failure to prosecute this action. *See* docket no. 10. Plaintiff failed to file a response. Accordingly, pursuant to W.D. Mich. LCivR 41.1 this action is **DISMISSED** without prejudice.

      **IT IS SO ORDERED.**

Dated: April 2, 2013                           /s/ Hugh W. Brenneman, Jr.
                                                  HUGH W. BRENNEMAN, JR.
                                                  United States Magistrate Judge